**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

SA RECYCLING, LLC,                         )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )
                                           )
                                           )   Case No. 4:25-cv-01349
ROUTE 185 RECYCLING, LLC; 185              )
RECYCLING, LLC; MID-ILLINOIS              )
CONCRETE, INC., RYAN FOSTER;               )
OSCAR ORTIZ; AND JUAN PEREZ,               )
                                           )
                    Defendants.            )

**CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

I, Andrew W. Blackwell, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: December 4, 2025        Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

*/s/ Andrew W. Blackwell*
Andrew W. Blackwell, #64736MO
120 S. Central Ave, Suite 1500
St. Louis, Missouri 63105
Phone: (314) 863-1500
Fax: (314) 863-1877
ablackwell@bbdlc.com

***Attorney for Defendants Route 185
Recycling, LLC and 185 Recycling, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all parties registered with the Court's e-filing system as attorneys of record on this 4th day of December, 2025

*/s/ Andrew W. Blackwell*